■ In the Matter of ALLSTATE INSURANCE COMPANY, Appellant, v CARMINE DONOFRIO et al., Respondents.—In a proceeding pursuant to CPLR article 75 to stay arbitration, petitioner

Allstate Insurance Company appeals from an order of the Supreme Court, Kings County (Vaccaro, J.), dated January 25, 1985, which denied its application and awarded costs of $1,000, $500 to be paid personally to respondents and $500 to be paid to respondents' attorney.

Order modified, on the law, by deleting therefrom the award of $1,000 costs and substituting therefor a provision awarding costs to respondents. As so modified, order affirmed, with costs to respondents.

The evidence at trial established that respondents were involved in a multivehicle accident in which one of the other automobiles was uninsured. Consequently, the proceeding to stay arbitration of respondents' uninsured motorist claim was properly denied (see, e.g., MVAIC v Eisenberg, 18 NY2d 1).

However, the costs awarded exceed the amount provided for in CPLR articles 81 or 82. Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.